1  Marc V. Kalagian
   Attorney at Law: 4460
2  211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
5  JESUS LOPEZ-BAUTISTA

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11  JESUS LOPEZ-BAUTISTA           ) Case No.: 2:14-cv-00904-RCJ-GWF
                                   )
12         Plaintiff,              ) UNOPPOSED MOTION TO EXTEND
    v.                             ) TIME TO FILE MOTION FOR
13                                 ) REMAND AND/OR REVERSAL
    CAROLYN W. COLVIN, Acting      )
14  Commissioner of Social Security.) (SECOND  REQUEST)
                                   )
15         Defendant.              )
                                   )
16  _____ )

17

18      Plaintiff Jesus Lopez-Bautista and Defendant Carolyn W. Colvin, Acting

19  Commissioner of Social Security, through their undersigned attorneys, stipulate,

20  subject to this court's approval, to extend the time by 45 days from November 10,

21  2014 to December 25, 2014 for Plaintiff to file her Motion for Remand and/or

22  Reversal, with all other dates in the Court's Order Concerning Review Of Social

23  Security Cases extended accordingly. This is Plaintiff's second request for an

24  extension.

25

26

-1-

1  This request is made at the request of Plaintiff's counsel due to a delay in receiving
2  the hearing transcript that was inadvertently omitted from the administrative record
3  and also due to Plaintiff's counsel heavy briefing schedule. Plaintiff's Counsel
4  contacted April Alongi, counsel of record for defendant, and Ms. Alongi does not
5  oppose this motion.

7  DATE: November 13, 2014                    Respectfully submitted,

8                                              ROHLFING & KALAGIAN, LLP

9                                              /s/ *Marc V. Kalagian*

10                         BY: _____
                                Marc V. Kalagian
11                              Attorney for plaintiff Mr. Jesus Lopez-Bautista

13  DATE:  November 13, 2014
                                                DANIEL G. BOGDEN
14                                              United States Attorney

15                                              /s/ *April A. Alongi*

16                         BY: _____
                                APRIL A. ALONGI
17                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
18                              |*authorized by e-mail|

20  IT IS SO ORDERED:          _____*George Foley Jr.*_____
21                              UNITED STATES MAGISTRATE JUDGE

22  DATED:  November 14, 2014