Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 E. Ocean Blvd., Ste. 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Jesus Lopez-Bautista

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS LOPEZ-BAUTISTA, | Case No.: 2:14-cv-00904-RCJ-GWF |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GEORGE FOLEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jesus Lopez-Bautista ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

///

///

1  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2  Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.
3  DATE: December 23, 2014         Respectfully submitted,
4                                  LAW OFFICES OF ROHLFING & KALAGIAN, LLP

                                                /s/ *Marc V. Kalagian*
                                   BY:_____
                                       Marc V. Kalagian
                                       Attorney for plaintiff Jesus Lopez-Bautista

   DATE: December 23, 2014         DANIEL G. BOGDEN
                                   United States Attorney


                                                /s/ *April A. Alongi*
                                   BY: _____
                                       April A. Alongi
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant Carolyn W. Colvin,
                                       Acting Commissioner of Social Security
                                       (Per e-mail authorization)




   IT IS SO ORDERED:              _____
                                   UNITED STATES DISTRICT JUDGE
   DATED:
   December 30, 2014

-2-